**ERIE RAILROAD COMPANY, Appellant, v. Gasperi SERANI, Appellee.**

**No. 7855.**

Circuit Court of Appeals, Sixth Circuit.

April 13, 1939.

Foote, Bushnell, Burgess & Chandler, of Cleveland, Ohio, for appellant.

Payer, Corrigan, Cook & Pilliod, of Cleveland, Ohio, for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

It appearing from the record that there was substantial evidence upon which to submit to the jury the question of appellant's negligence and that the court did not commit error prejudicial to the rights of appellant in its exclusion of evidence, it is ordered that the judgment be affirmed.

**W. S. FARISH v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 8993.**

Circuit Court of Appeals, Fifth Circuit.

April 26, 1939.

Walter E. Barton, of Washington, D. C., for petitioner.

Helen R. Carloss and Sewall Key, Sp. Assts. to Atty. Gen., Jas. W. Morris, Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and John M. Morawski, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and McCORD, Circuit Judges.

McCORD, Circuit Judge.

The above entitled case was by stipulation to be disposed of by the decision in the case of R. L. Blaffer, Petitioner v. Commissioner of Internal Revenue, 5 Cir., 103 F.2d 489, this day decided.

The petition for review is, therefore, denied and the judgment of the Board is affirmed.

SIBLEY, Circuit Judge, dissents.